1535

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | Criminal No. 09-232 |
|---|---|---|
| v. | ) ) ) | (21 U.S.C. § 846) |
| ORONDE SHELTON a/k/a Man | ) ) ) | |

INDICTMENT

COUNT ONE

The grand jury charges:

From in and around December 2006, and continuing thereafter to in and around October 2008, in the Western District of Pennsylvania and elsewhere, the defendant, ORONDE SHELTON, did knowingly, intentionally and unlawfully conspire with persons both known and unknown to the grand jury, to distribute and possess with intent to distribute one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

In violation of Title 21, United States Code, Section 846.

FILED JUL 22 P2:04 CLERK U.S. DISTRICT COURT

A True Bill,

FOREPERSON J.E. Shirt

_____
MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254