IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 09-232 |
| | ) | |
| ORONDE SHELTON, | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 21st day of January, 2011, IT IS HEREBY ORDERED that the judgment and commitment order, dated November 3, 2010, is amended to reflect the defendant's United States Marshal number as #04466-748.

All other terms of the court's sentence shall remain in full force and effect.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record

United States Marshal

United States Probation

United States Bureau of Prisons