AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Western District of Pennsylvania

| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | ) (For **Revocation** of Probation or Supervised Release) |
| ORONDE SHELTON | ) Case No.  2:09-cr-00232-CCW-1 |
| | ) USM No. 04466-748 |
| | ) Paul Jubas, Esq. |
| | ) Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) _____ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mand. Condition #2 | The defendant shall not commit another federal, state, or local crime. | 03/17/2021 |
| Mand. Condition #5/ Special Condition #1 | The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. | 03/17/2021 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  3748

Defendant's Year of Birth:  1972

City and State of Defendant's Residence:
Pittsburgh, PA

02/13/2024
Date of Imposition of Judgment

/s/ Christy Criswell Wiegand
Signature of Judge

Christy Criswell Wiegand, District Judge
Name and Title of Judge

02/13/2024
Date

DEFENDANT: ORONDE SHELTON
CASE NUMBER: 2:09-cr-00232-CCW-1

Judgment — Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

57 months at Criminal Action No. 09-232, to run consecutively to the sentence imposed in Criminal Action No. 21-216, for a total term of incarceration of 177 months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL